ALFRED M. PIERSON, appellant,

*v.*

EMMA F. GARRISON et al., respondents.

[Argued March 23d, 1914. Decided May 4th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming.

*Mr. Louis H. Miller,* for the appellant.

*Mr. William E. Zeller,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPEN-HEIMER—9.